**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFRED MUCCI and MARIA MUCCI, <br><br> Plaintiffs, <br><br> v. <br><br> DECISION ONE MORTGAGE et al. <br><br> Defendants. | Civil Action No.: 12-1840 (JLL) <br><br> **ORDER** |

This matter comes before the Court by way of a motion to remand to the Superior Court of New Jersey Law Division, Essex County. (CM/ECF No. 16). On August 9, 2012, Magistrate Judge Michael Hammer issued a Report and Recommendation that this Court deny plaintiff's motion to remand. (CM/ECF No.36). No objections have been filed thereto and the time to do so has expired. Having reviewed the Report and Recommendation, and for good cause shown,

IT IS on this 27 day of August, 2012,

**ORDERED** that this Court hereby ADOPTS Judge Hammer's August 9, 2012 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to remand is hereby DENIED.

**SO ORDERED.**

Jose L. Linares
United States District Judge